NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**VIRGINIA ARLENE GOFORTH,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

---

2013-5150

---

Appeal from the United States Court of Federal Claims in No. 1:13-cv-00175-GWM.

---

PER CURIAM.

### O R D E R

Upon review of this recently docketed appeal, it appears that Virginia Arlene Goforth's appeal was not timely filed.

On July 23, 2013, the United States Court of Federal Claims entered judgment in Goforth's case. The court received Goforth's appeal on September 26, 2013; 65 days after date of judgment.

To be timely, a notice of appeal must be received by the Court of Federal Claims within 60 days of the entry of

judgment.   28 U.S.C. § 1295(a)(3);  28 U.S.C. § 2107(b);
Fed. R. App. P. 4(a)(1).

Accordingly,

IT IS ORDERED THAT:

(1)  Goforth is directed to show cause, within 30 days
of the date of filing of this order why this appeal should
not be dismissed as untimely.  The United States may
also respond within that time.

(2)  The briefing schedule is stayed.


FOR THE COURT

/s/ Daniel E. O'Toole
    Daniel E. O'Toole
    Clerk of Court


s26